UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTEX TACTICAL SOLUTIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:11-CV-3733 |
| | § | |
| MONIQUEMARIE ANN HATRICK, *et al*, | § | |
| | § | |
| Defendants. | § | |

## <u>OPINION AND ORDER</u>

On November 5, 2012, this Court issued an order allowing Plaintiff Westex Tactical Solutions, LLC's former counsel, Jeffrey S. Lisson, to withdraw because Plaintiff had not responded to or otherwise made contact with him for several months. Order, Doc. 50. The order instructed Plaintiff to obtain new counsel and have such counsel file a notice of appearance within thirty days. *Id.* Plaintiff was warned that failure to comply may result in dismissal of its case for want of prosecution. *Id.*

In federal court, a corporation cannot proceed pro se but must be represented by counsel, but before dismissing a corporation's claims, the court should first warn the corporation to cure this defect and afford it the opportunity to do so. *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873-74 (5th Cir. 2004). The November 5th order was just such a warning, and Plaintiff has failed to comply. Moreover, the record and Mr. Lisson's statements during the November 5th motion hearing show that Plaintiff has failed to prosecute its case for at least several months. Accordingly, it is hereby

ORDERED that Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice.

SIGNED at Houston, Texas, this 15th day of January, 2013.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE